James M. Callahan, OSB #780232
jcallahan@callahanandshears.com
Ann M. Ledgerwood, OSB #071875
aledgerwood@callahanandshears.com
Callahan & Shears, PC
PO Box 22677
Portland, OR  97269-2677
Telephone: 503.513.5130

United States District Court

For the District of Oregon

| | |
|---|---|
| Timothy Rote,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Oregon Judicial Department, Oregon State Bar Professional Liability Fund, The Hon. Ann Lininger, The Hon. Alison Emerson, The Hon. Josephine Mooney, The Hon. Jacqueline Kamins, The Hon. Kathie Steele, Carol Bernick and Megan Livermore (in their official capacities as CEO of the OSBPLF), Michael Wise, Jeffrey Edelson, Deschutes County Sheriff's Department, Matthew Yium, Nathan Steele, Ward Greene, Anthony Albertazzi and John Does (1-5),<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-00985-SI<br><br>**DECLARATION OF DEFENDANT WARD GREENE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

At the time the Mutual Release and Settlement Agreement was executed by Mr. Rote, I was an employee of Williams Kastner & Gibbs, PLLC.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: July 27, 2022

_/s/ Ward Greene_
Ward Greene

Page 1- Declaration of Defendant Ward Greene in Support of Motion for Summary Judgment
G:\client-matters-backup\1745.2107 - Greene Rote\PLD\PLD220727_Dec Greene.docx