RECEIVED
STATE COURT ADMINISTRATOR

MAR 25 2020

SUPREME COURT
COURT OF APPEALS

IN THE COURT OF APPEALS OF THE STATE OF OREGON

Max Zweizig, Joel Christiansen (Third-Party Defendant), Williams Kastner(Third-Party Defendant)
(LINE 1-NAME OF PLAINTIFF(S))

Plaintiff-Appellant, or
Plaintiff-Respondent,

v.

TIMOTHY C. ROTE (Def and Third-Party Plf.),TANYA ROTE (Def. and Third-Party Plf.) & Northwest Holding LLC (dissolved def.)
(LINE 2- NAME OF DEFENDANT(S))

Defendant-Respondent. or
Defendant-Appellant.

PAID
MAR 2 5 2020
BY: CK# 3842
$391.00

CLACKAMAS (CIRCUIT COURT NAME)    County Case Number 19CV01547 (CIRCUIT COURT NUMBER)

**NOTICE OF APPEAL**

**1.**

(a) DEFENDANTS-APPELLANTS hereby gives notice of appeal from the judgment entered on

(b) MARCH 16, 2020, by Judge (c) LINNINGER in (d) CLACKAMAS County Circuit Court.

**2.**

The parties to this appeal are:
Appellant(s): TIMOTHY C. ROTE, TANYA ROTE, NORTHWEST HOLDING, LLC (Dissolved)
YOUR NAME, ADDRESS, and PHONE NUMBER (and EMAIL ADDRESS if you agree to receive all court correspondences by email)
Appellants, 24790 SW BIG FIR RD., WEST LINN, OREGON 97068, Timothy.rote@gmail.com, Tanyarote5@gmail.com

Respondent(s): MAX ZWEIZIG, JOEL CHRISTIANSEN, WILLIAMS-KASTNER c/o OSBPLF, 16037 SW Upper Boones Ferry Rd
(NAME and ADDRESS)    Tigard, Oregon 97281

**3.**

If the respondent (on appeal) is represented by counsel, provide the name, bar number, and address of the respondent's attorney:

ATTORNEY FOR RESPONDENT:
Respondent's name Unkown, on belief OSB PLF
Attorney's name_____
Bar #_____
Address_____

ATTORNEY FOR RESPONDENT:
Respondent's name_____
Attorney's name_____
Bar #_____
Address_____

EXHIBIT 5
PAGE 1 OF 5

**4.**

INDICATE YOUR DESIGNATION OF RECORD

☒ Appellant designates the record in its entirety, up to and including the date on which the challenged decision was entered. Therefore, in addition to the trial court file, appellant designates all exhibits submitted, and the record of all oral proceedings that occurred, during that time period.

☐ In addition to the trial court file, appellant designates only the following portions of the record:

 ☐ Trial court file only. No exhibits and no oral proceedings.

 ☐ All exhibits.

 ☐ The record of only the following oral proceedings: _____

**5.**

COMPLETE ONLY IF LESS THAN THE ENTIRE TRIAL COURT
RECORD IS DESIGNATED IN PARAGRAPH 4 ABOVE

Appellant intends to rely upon the following points:

_____
_____
_____

**6.**

This appeal is timely and otherwise properly filed before the Court of Appeals because:
WITHIN 30 DAYS OF JUDGMENT
_____
_____

**7.**

Attached to this notice of appeal is a copy of the judgment being appealed from. Also attached are copies of any other orders pertinent to determining appellate jurisdiction.

DATE: 3/23/2020                    SIGNATURE: /s/ Timothy C. Rote; /s/Tanya Rote

EXHIBIT __B__
PAGE __2__ OF __5__

## CERTIFICATE OF FILING

I certify that on <u>3/23/2020</u> DATE, I filed the original of the notice of appeal with the State Court Administrator at the following address:

| | | |
|---|---|---|
| ☒ | **Mailing Address** | **ATTN: Records Section**<br>**State Court Administrator**<br>**Supreme Court Building**<br>1163 State Street<br>Salem, OR  97301-2563 |
| ☐ | **Physical Address**<br>**(No mail accepted)** | **Appellate Court Administrator**<br>2850 Broadway St NE<br>Salem OR  97303 |

by the following method of filing:

**INDICATE METHOD OF FILING**

☐  United States Postal Service, ordinary first class mail.

☒  United State Postal Service, certified or registered mail, return receipt requested.

☐  Hand delivery

☒  Electronic Filing through the court's eFiling system

☐  Other (specify):_____

## CERTIFICATE OF SERVICE

I certify that on <u>3/23/2020</u> (DATE), I served a true copy of the notice of appeal to the following parties at the addresses set forth below.  **NOTE:**  If an address is not already provided below then you must fill in the address for each party that you serve.  If no address is present then the court will assume that you did not serve that party.

**RESPONDENT:** NAME AND ADDRESS <u>Max Zweizig, Joel Christiansen, Williams Kastner c/o OSBPLF, 16037</u>

<u>SW Upper Boones Ferry Rd., Suite 300, Tigard, Oregon 97281</u>

**TRIAL COURT ADMINISTRATOR:** TRIAL COURT ADDRESS <u>807 Main Street, Rm 104, Oregon City</u>
<u>Oregon 97045</u>

**TRANSCRIPT COORDINATOR:** TRIAL COURT ADDRESS <u>807 Main Street, Rm 104, Oregon City</u>
<u>Oregon 97045</u>

**OTHER PARTIES:** NAME AND ADDRESS_____

by the following method of service:

**INDICATE METHOD OF SERVICE**

☒  United States Postal Service, ordinary first class mail.

☐  United State Postal Service, certified or registered mail, return receipt requested.

☐  Hand delivery

EXHIBIT __B__
PAGE _3_ OF _5_

☒ Electronic Filing through the court's eFiling system

☐ Other (specify):_____

DATE: 3/23/2020           SIGNATURE: /s/ Timothy C. Rote; /s/Tanya Rote




U.S. POSTAGE PAID
FCM LETTER
TUALATIN, OR
97062
MAR 23, 20
AMOUNT-
$6.95
R2304M110440-9

1021    97301

7020 0090 0001 9165 4828

Attn: Records Section
State Court Administrator
Supreme Court Building
1163 State Street
Salem, OR  97301-2563

Rote CPA, P.C.
7427 SW Coho Ct, Suite 200
Tualatin, OR 97062
19cv01547

EXHIBIT ___B___
PAGE  5  OF  5