IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY C. ROTE**, <br><br>  Plaintiff, <br><br> v. <br><br> **OREGON JUDICIAL DEPARTMENT**, *et al.*, <br><br>  Defendants. | Case No. 3:22-cv-00985-SI <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's ORDERS in ECF 114 and ECF 73,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 29th day of August, 2025.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT